UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROSA FLORES, Individually and
on Behalf of All other persons similarly situated,

                      Plaintiffs,

              Civil Action No.: 05-04621 (ARR)(VVP)

     -against-

BHRAGS HOME CARE CORP. and
BHRAGS, INC.,

                      Defendants.
-------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the Court stayed all proceedings in this case on the representation of counsel that a final decision in the case captioned *Coke v. Long Island Care at Home* ("*Coke*"), is likely to affect the outcome of this case, and

WHEREAS, in *Coke*, the United States Supreme Court upheld the U.S. Department of Labor regulation, 29 CFR §552 109(a), exempting certain companionship workers who were alleged to be in domestic service employment and paid by third party agencies, from the minimum wage and maximum hours rules of the Fair Labor Standards Act ("FLSA"); and

WHEREAS counsel for the parties have agreed to a voluntary dismissal of the case in light of the Supreme Court decision in *Coke*;

IT IS HEREBY Stipulated by and between counsel for the parties that:

1. The case shall be and hereby is DISMISSED with prejudice as to all FLSA claims finally resolved or controlled by the decision of the United States Supreme Court in *Long Island Care at Home v. Coke*, 127 S.Ct. 2339 (June 11, 2007), and DISMISSED as to all other claims asserted herein without prejudice pursuant to Fed. R. Civ. P. 41(b).

2. Each party shall bear its own costs.

1

Respectfully submitted,

LOCKS LAW FIRM, PLLC
*Attorneys for Plaintiff*
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

By: _____
Fran L. Rudich (FR 7577)
Seth R. Lesser (SL 5560)

Dated: 7/30, 2007

BERGER & GOTTLIEB
*Attorneys for Plaintiff*
150 East 18th Street Suite PHR
New York, New York 10003
(212) 228-9795

By: _____
Jeffrey M. Gottlieb (JG 7905)

Dated: 7/30, 2007

FORD & HARRISON, LLP
*Attorneys for Defendants*
100 Park Avenue
New York, New York 10017
(212) 453-5900

By: _____
Stephen E. Zweig (SZ 8697)

Dated: July 31, 2007

SO ORDERED:

s/ Judge Allyne R. Ross
_____
Honorable Allyne R. Ross, U.S.D.J.

NEW YORK:48315.1

2